912

No. 72–5683.  BOYDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5684.  SMITH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5692.  SMITH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–5699.  PAYNE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5703.  DODD *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 72–5708.  O'DAY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5714.  FARRIES *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–5742.  JONES *v.* TAYLOR, U. S. DISTRICT JUDGE. C. A. 6th Cir.  Certiorari denied.

No. 72–5748.  HENDERSON *v.* EASTERN FREIGHTWAYS, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 72–5749.  WASHINGTON *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–5750.  MERRITT *v.* FANNING ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 72–5755.  AGNEW *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE (COUNTY OF RIVERSIDE ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 72–5811.  LARGE *v.* OHIO.  Ct. App. Ohio, Lucas County.  Certiorari denied.